UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,                              **CONSENT TO PROCEED BY TELE CONFERENCE**

-against-                                                             -CR-   ( ) ( )
                                                                                    21m3618

Lance Johnson and Anthony Abernathy

                        Defendant(s).
-------------------------------------------------------------------X

Defendant __Anthony Abernathy_____ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

| x | Initial Appearance Before a Judicial Officer |
|---|---|
| ___ | Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form) |
| X | Bail/Detention Hearing |
| ___ | Conference Before a Judicial Officer |

/S Anthony Abernathy K.T
_____                    _____
Defendant's Signature                                                     Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Anthony Abernathy                                                   Cesar De Castro
_____                    _____
Print Defendant's Name                                               Print Counsel's Name

This proceeding was conducted by reliable telephone conferencing technology.

04/14/2021                                                                  _____
_____
Date                                                                              **Ona T. Wang**
                                                                                      United States Magistrate Judge